**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| JUSTIN WARD COOMER, individually and on behalf of all similarly situated persons <br><br> Plaintiff, <br><br> v. <br><br> METHODIST LEBONHEUR HEALTHCARE, a Tennessee Nonprofit Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:22-cv-2060-SHL-tmp <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on a Complaint by Plaintiff,(ECF No. 1), filed February 1, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice, (ECF No. 25), filed July 22, 2022, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE.**


APPROVED:

s/ Sheryl H. Lipman
_____
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 22, 2022
_____
Date